# Court of Appeals
# of the State of Georgia

ATLANTA,___March 24, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1012.  ASTIN et al. v. COMMUNITY & SOUTHERN BANK.**

Upon consideration of the motion for permission to withdraw the appeal filed by appellants, it is hereby ordered that appellants be allowed to withdraw this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____03/24/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*